```
                    UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF VIRGINIA
                          Alexandria Division

MYA SARAY, LLC                    )
                                  )
     Plaintiff,                   )
                                  )
     v.                           )  Civil Action No. 1:10cv789
                                  )
AL-AMIR, INC. et al.              )
                                  )
                                  )
     Defendants.                  )
```

                        MEMORANDUM OPINION

THIS MATTER came before the Court on plaintiff's First Motion to Compel (Dkt. 58).

Upon review of the pleadings, it is clear that local counsel was properly served with all discovery requests. Pursuant to Local Rule 83.1, this is sufficient service. Moreover it is undisputed that lead counsel received actual service of the Request for Production and Interrogatory requests. Defendants' arguments as to sufficiency of service is disingenuous, at best. Therefore, the Court finds that defendants have failed to file timely objections to discovery and all such objections are hereby deemed waived.

Defendants shall serve full and complete discovery responses by 5:00 PM on March 11, 2011. Failure to comply with this order may result in sanctions pursuant to Fed. R. Civ. P. 37. Further, pursuant to Fed. R. Civ. P. 37(a)(5), an award of fees and costs incurred in bringing this motion is appropriate. Plaintiff shall submit a statement of fees and costs and any supporting

declarations.  Defendants shall have ten days thereafter in which to file objections thereto.  An appropriate order shall be issued.

ENTERED this 4th day of March, 2011.

_____/s/_____
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia